F. Anthony Edwards SBN 181606
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, CA 94596
Telephone: 925-947-1600
Facsimile: 925-947-1990

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RALBERT BROOKS-HAMILTON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OAKLAND; <br> ONE STOP CAPITOL SHOP - <br> OFFICE OF ECONOMIC DEVELOPMENT; <br> AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | CASE NO. 06-06534 MHP <br><br> **VOLUNTARY DISMISSAL OF COMPLAINT AND APPLICATION FOR PRELIMINARY AND PERMANENT INJUNCTION** |

TO THE COURT, THE CITY OF OAKLAND; ONE STOP CAPITOL SHOP - OFFICE OF ECONOMIC DEVELOPMENT, and their attorneys of record:

PLEASE BE ADVISED THAT Plaintiff RALBERT BROOKS-HAMILTON, hereby dismisses his complaint in its entirety, and his application for preliminary and permanent injunction, in the above-captioned action.

Dated: November 7, 2006        LAW OFFICES OF F. ANTHONY EDWARDS

By:_____/S/_____
F. Anthony Edwards
Attorney for Plaintiff
Ralbert Brooks-Hamilton

Dismissal of Action

IT IS SO ORDERED
Judge Marilyn H. Patel
Dated: 11/13/06